**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RON SIMMONS,<br><br>              Petitioner,<br><br>   v.<br><br>ROB ST. ANDRE, ACTING WARDEN,<br><br>              Respondent. | Case No. 2:23-cv-03386-AB-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objection has been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that the Motion to Dismiss the Petition is GRANTED based on Younger abstention and alternatively because the Petition contains unexhausted claims.

    IT IS FURTHER ORDERED that this action be dismissed without prejudice.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 17, 2023

                                                ANDRÉ BIROTTE, JR.
                                                UNITED STATES DISTRICT JUDGE