JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RON SIMMONS, | Case No. 2:23-cv-03386-AB-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| ROB ST. ANDRE, ACTING WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED WITHOUT PREJUDICE.

DATED:  November 17, 2023

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE